```
                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF INDIANA
                          HAMMOND DIVISION


FABIAN W. CARROLL,             )
                               )
          Plaintiff,           )
                               )
     v.                        )    Case No. 4:05 CV 3
                               )
                               )
JO ANNE B. BARNHART,           )
COMMISSIONER OF SOCIAL SECURITY)
                               )
          Defendant            )
```

OPINION and ORDER

This matter is before the court on the Motion for Summary Judgment filed by the plaintiff, Fabian Carroll, on August 2, 2005.  For the reasons set forth below, this motion is **DENIED**.

Background

No restatement of the facts is necessary for the disposition of this Social Security appeal.

Discussion

It is not the court's responsibility to perform research for the parties. See ***Spath v. Hayes Wheels International-Indiana, Inc.***, 211 F.3d 392, 397 (7th Cir. 2000); ***Pelfresne v. Village of Williams Bay***, 917 F.2d 1017, 1023 (7th Cir. 1990). The Seventh Circuit repeatedly has held that "[a] litigant who fails to press a point by supporting it with pertinent authority, or by showing why it is sound despite a lack of supporting authority or in the face of contrary authority, forfeits the point." ***Pelfresne***, 917 F.2d at 1023; See also ***Dye v. United States***, 360 F.3d 744, 751

1

n.7 (7th Cir. 2004); *Hrowbowski v. Worthington Steel Company*, 358 F.3d 473, 480 (7th Cir. 2004).

This plaintiff, who is represented by counsel, has not presented <u>any</u> law in support of his position beyond a brief boilerplate on the five-step social security analysis.  In addition, he appears to criticize the ALJ in two respects: 1) the ALJ erred in finding that he did not meet the B Criteria for a Listing at Step 3 and 2) the ALJ erred in reaching an RFC determination.  However, beyond reiterating the record, the only statements he makes in support of these criticisms are a smattering of rhetorical questions and conclusory statements. Neither the opening nor reply brief contain any analysis, synthesis, explanation, or development on these points.  Because the plaintiff utterly has failed to conform to even minimum standards of briefing within the Seventh Circuit, the plaintiff has waived all arguments in this case. *Pelfresne*, 917 F.2d at 1023.

For the foregoing reasons, the Motion for Summary Judgment filed by the plaintiff, Fabian Carroll, on August 2, 2005 is **DENIED.**

ENTERED this 29 March, 2006

           s/ ANDREW P. RODOVICH
            United States Magistrate Judge